## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

MASTODON DESIGN LLC      )
                                    )

            Plaintiff,       )

v.                                  )      Civil Action No. 1:19-cv-1339 LO/TCB
                                    )

VIZOCOM ICT LLC,        )

                                    )

            Defendant.     )
_____)

## STIPULATED INJUNCTION

THIS MATTER having come before the Court on the stipulation of the parties, as evidenced by the signature of their respective counsel below, to the entry of a permanent injunction, it is hereby ORDERED:

1.     Vizocom ICT LLC, and its employees, officers, directors, insurers, agents, representatives, successors, assigns, affiliates, and subsidiaries, and all those in concert or participation with them (collectively, "Vizocom"), are permanently enjoined from:

(a)     Using the marks "MD", "MD1008-1710-01" ("Mastodon Marks") or any other trademark, service mark, name, logo or source designation of any kind that is confusingly similar to the Mastodon Marks in connection with the promotion, advertising or offering for sale of Vizocom's products or services;

(b)     Otherwise competing unfairly with Plaintiff in any manner; and

(c)     Conspiring with, aiding, assisting or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b) above.

2.　　The Court shall retain jurisdiction to enforce the provisions of this Injunction, or should a dispute arise between the parties concerning the meaning or enforcement of this Injunction.

3.　　The Parties shall each bear its own attorney's fees and costs incurred in connection with this action.

SO ORDERED on this _____ day of _____, 2019.

_____
Judge Liam O'Grady
United States District Judge


Respectfully submitted,

*/s/ Richard C. Sullivan, Jr.*
Richard C. Sullivan, Jr. (VSB 27907)
Jonathan M. Harrison, II (VSB 92911)
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd, Suite 500
Arlington, VA  22201
703.525.4000
Fax: 703.525.2207
rsullivan@beankinney.com
jharrison@beankinney.com
*Counsel for Mastodon Design LLC*

*/s/ Travis Pittman*
Travis Pittman, Esquire (VSB 84315)
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD
T: (202) 329-3558
jtpittman@hphattorneys.com
Counsel for Vizocom ICT LLC

## Certificate of Service

I hereby certify that on this 26th day of November, 2019, I caused the foregoing

Stipulated Injunction to be served upon the following individual by the electronic filing system

and individual email:

Travis Pittman, Esquire (VSB 84315)
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD
T: (202) 329-3558
jtpittman@hphattorneys.com
Counsel for Defendant

*/s/ Richard C. Sullivan, Jr.*