# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| MASTODON DESIGN LLC )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VIZOCOM ICT LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:19-cv-1339 LO/TCB |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the representation of the parties hereto, as evidenced by the signature of their respective counsel below, that upon entry of the Stipulated Injunction the parties have reached a complete settlement of all the issues in the Complaint, it is therefore Ordered that this matter be

DISMISSED with prejudice.

SO ORDERED on this _____ day of _____, 2019.

_____
Judge Liam O'Grady
United States District Judge

Agreed:

| | |
|---|---|
| */s/ Richard C. Sullivan, Jr.*<br>Richard C. Sullivan, Jr. (VSB 27907)<br>Jonathan M. Harrison, II (VSB 92911)<br>BEAN, KINNEY & KORMAN, P.C.<br>2311 Wilson Blvd, Suite 500<br>Arlington, VA  22201<br>703.525.4000<br>Fax: 703.525.2207<br>rsullivan@beankinney.com<br>jharrison@beankinney.com<br>*Counsel for Mastodon Design LLC* | */s/ Travis Pittman*<br>Travis Pittman, Esquire (VSB 84315)<br>Holmes Pittman & Haraguchi, LLP<br>P.O. Box 380<br>Chester, MD<br>T: (202) 329-3558<br>jtpittman@hphattorneys.com<br>*Counsel for Vizocom ICT LLC* |

01476577-2