UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MASTODON DESIGN LLC            )
                               )
            Plaintiff,         )
v.                             )   Civil Action No. 1:19-cv-1339 LO/TCB
                               )
VIZOCOM ICT LLC,               )
                               )
            Defendant.         )
_____)

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the representation of the parties hereto, as evidenced by the signature of their respective counsel below, that upon entry of the Stipulated Injunction the parties have reached a complete settlement of all the issues in the Complaint, it is therefore Ordered that this matter be

DISMISSED with prejudice.

SO ORDERED on this 27th day of Nov., 2019.

_____
Judge Liam O'Grady
United States District Judge

Agreed:

/s/ Richard C. Sullivan, Jr.
Richard C. Sullivan, Jr. (VSB 27907)
Jonathan M. Harrison, II (VSB 92911)
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd, Suite 500
Arlington, VA 22201
703.525.4000
Fax: 703.525.2207
rsullivan@beankinney.com
jharrison@beankinney.com
*Counsel for Mastodon Design LLC*

/s/ Travis Pittman
Travis Pittman, Esquire (VSB 84315)
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD
T: (202) 329-3558
jtpittman@hphattorneys.com
*Counsel for Vizocom ICT LLC*

01476577-2